UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------

ALL-STATE SALES & ADMINISTRATIVE SERVICES, CORP. a/k/a
ALL-STATE SALES & ADMINISTRATIVE SERVICES, INC.,

                        Plaintiff,

vs.

BOSTROM SEATING GROUP,

                        Defendant.

Civil Action No.
5:09cv1076
(GTS/DEP)

NOTICE OF VOLUNTARY DISMISSAL
-------------------------------------------------------------------

      Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), plaintiff All-State Sales & Administrative Services, Corp. aka All-State Sales & Administrative Services, Inc., by its attorneys, hereby dismisses this action. Defendant Bostrom Seating Group has not appeared in this action.

Dated: January 21, 2010
       Syracuse, New York

                                        GOLDBERG SEGALLA LLP

                                        Kenneth M. Alweis
                                        *Attorneys for Plaintiff*
                                        Office and Post Office Address
                                        5789 Widewaters Parkway
                                        Syracuse, New York 13214
                                        Telephone: (315) 413-5400

TO:    Bostrom Seating, Inc.
         50 Nances Creek Boulevard
         Piedmont, Alabama 36272

                                        IT IS SO ORDERED:

                                        David E. Peebles
                                        U.S. Magistrate Judge
                                        Dated: February 1, 2010
                                                Syracuse, NY